### 18487. MORRIS v. THE STATE.

LUKE, J. There was an abundance of evidence to support the conviction. All the special grounds of the motion attack the charge of the court, and all are without merit. The charge was adapted to the issues involved. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, O. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 13, 1927.

Assault with intent to murder; from Haralson superior court—Judge Edwards. September 5, 1927.

*M. J. Head,* for plaintiff in error.

*S. W. Ragsdale, solicitor-general,* contra.

Homicide, 30 C. J. p. 318, n. 96; p. 356, n. 90.

### 18488. DIXON v. THE STATE.

BLOODWORTH, J. While there are some special grounds of the motion for a new trial, with subdivisions, the only thing argued by counsel for the plaintiff in error is that the verdict is not supported by the evidence. There is no general insistence on all the grounds of the motion. The jury has settled the issues of fact in favor of the State; their finding has been approved by the judge who tried the case, and this court will not interfere.

*Judgment affirmed. Broyles, O. J., and Luke, J., concur.*

DECIDED DECEMBER 13, 1927.

Cheating and swindling; from Laurens superior court—Judge Camp. September 17, 1927.

*E. L. Stephens, T. E. Hightower,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 272, n. 43.